1
2
3
4
5
6                              UNITED STATES DISTRICT COURT
7                                    DISTRICT OF NEVADA
8                                            * * *
9    JADIRA SANCHEZ,                              Case No. 2:12-cv-01917-MMD-VCF
10                              Plaintiff,
             v.                                              ORDER
11
     RALPHS GROCERY COMPANY, et al.,
12
                                Defendants.
13

14          Plaintiff Jadira Sanchez filed this action on August 31, 2012, in the Eighth Judicial

15   District Court in Clark County, Nevada, after an alleged slip and fall incident that

16   occurred on the premises of Defendant Ralphs Grocery Company d/b/a Food 4 Less

17   ("Food 4 Less").  Sanchez alleges one claim of negligence arising from the injury.  Food

18   4 Less removed the action on the basis of 28 U.S.C. § 1332.  (*See* dkt. nos. 1 and 7.)

19          On November 14, 2012, the Court ordered Food 4 Less to show cause as to why

20   this case should not be remanded for lack of subject matter jurisdiction.  (Dkt. no. 8.)

21   Food 4 Less responded on December 3, 2012.  (Dkt. no. 11.)  In its response, Food 4

22   Less met its burden to demonstrate that the amount-in-controversy exceeds $75,000.

23   Accordingly, the Court is now assured of its jurisdiction to preside over this case.

24          IT IS SO ORDERED.

25          DATED THIS 4th day of January 2013.

26

27                                            _____
                                              MIRANDA M. Du
28                                            UNITED STATES DISTRICT JUDGE