UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JADIRA SANCHEZ,<br><br>                          Plaintiff,<br>v.<br><br>RALPHS GROCERY COMPANY, et al.,<br><br>                          Defendants. | Case No. 2:12-cv-01917-MMD-VCF<br><br>ORDER |

Plaintiff Jadira Sanchez filed this action on August 31, 2012, in the Eighth Judicial District Court in Clark County, Nevada, after an alleged slip and fall incident that occurred on the premises of Defendant Ralphs Grocery Company d/b/a Food 4 Less ("Food 4 Less"). Sanchez alleges one claim of negligence arising from the injury. Food 4 Less removed the action on the basis of 28 U.S.C. § 1332. (*See* dkt. nos. 1 and 7.)

On November 14, 2012, the Court ordered Food 4 Less to show cause as to why this case should not be remanded for lack of subject matter jurisdiction. (Dkt. no. 8.) Food 4 Less responded on December 3, 2012. (Dkt. no. 11.) In its response, Food 4 Less met its burden to demonstrate that the amount-in-controversy exceeds $75,000. Accordingly, the Court is now assured of its jurisdiction to preside over this case.

IT IS SO ORDERED.

DATED THIS 4th day of January 2013.

_____
MIRANDA M. Du
UNITED STATES DISTRICT JUDGE