1  Alexandra B. M<sup>c</sup>Leod
   Nevada Bar No.: 8185
2  amcleod@bvrclaw.com
   BRADY, VORWERCK, RYDER & CASPINO
3  2795 East Desert Inn Road, Suite 200
   Las Vegas, Nevada 89121
4  Telephone:    (702) 697-6500
   Fax:          (702) 697-6505
5
   Attorneys for Defendant, RALPHS GROCERY
6  COMPANY d/b/a FOOD 4 LESS

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JADIRA SANCHEZ,<br><br>   Plaintiff,<br><br>v.<br><br>RALPHS GROCERY COMPANY, d/b/a FOOD 4 LESS; THE KROGER CO., as RALPHS and d/b/a FOOD 4 LESS; DOE INDIVIDUALS 1 through 10; ROE CORPORATIONS 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive,<br><br>   Defendants. | Case No. 2:12-cv-1917-APG-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for their respective parties, that the above-entitled case be dismissed with prejudice; there being no trial setting or scheduling order is on file herein; and, that each party is to bear their own costs and attorneys' fees.

. . .
. . .
. . .
. . .
. . .
. . .

BRADY, VORWERCK, RYDER & CASPINO
2795 East Desert Inn Road
Suite 200
Las Vegas, Nevada 89121

1                                                    2:12-cv-1917-APG-VCF
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Jury fees, if any, are to be returned to BRADY, VORWERCK, RYDER & CASPINO.

DATED: June 27, 2013        BRADY, VORWERCK, RYDER & CASPINO


By _____
ALEXANDRA B. M°LEOD
Nevada Bar No. 8185
2795 East Desert Inn Road, Suite 200
Las Vegas, Nevada 89121
Attorneys for Defendant, RALPHS GROCERY
COMPANY d/b/a FOOD 4 LESS

DATED: June 25, 2013        NETTLES LAW FIRM

By _____
JOEL S. HENGSTLER
Nevada Bar No. 11597
1389 Galleria Drive, Suite 110
Henderson, Nevada 89014
Attorneys for Plaintiff, JADIRA SANCHEZ

### ORDER

IT IS SO ORDERED that the above entitled case is dismissed with prejudice.

DATED this 28th day of June, 2013.

_____
UNITED STATES DISTRICT JUDGE

Submitted by,

BRADY, VORWERCK, RYDER & CASPINO

By _____
ALEXANDRA B. M°LEOD, ESQ.
Nevada Bar No. 8185
2795 East Desert Inn Road, Suite 200
Las Vegas, Nevada 89121
Attorney for Defendant

BRADY, VORWERCK,
RYDER & CASPINO
2795 East Desert Inn Road
Suite 200
Las Vegas, Nevada 89121

2                                     2:12-cv-1917-APG-VCF
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE